July 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAM A. BALDWIN, Appellant

NO. 14-12-00346-CV                    V.

LPP MORTGAGE, LTD, Appellee

_____

Today the court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 2, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, William A. Baldwin, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.